AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| Patent Armory Inc. *Plaintiff(s)* v. Norse Atlantic Airways US LLC *Defendant(s)* | Civil Action No. 0:26-cv-60265-AHS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Norse Atlantic Airways US LLC
> c/o Beate Jakobsen
> 5525 NW 15th Ave, Ste 202, Fort Lauderdale, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> BEUSSE SANKS, PLLC
> 612 E. Colonial Drive, Suite 250, Orlando, FL 32803
> (407) 644-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 01/30/2026



Angela E. Noble
Clerk of Court

SUMMONS

s/ B. Chin
Deputy Clerk
U.S. District Courts